

# MEMORANDUM

**To:** The Honorable Indira Talwani, U.S. District Judge
**From:** Frederick Lawton, U.S. Probation Officer
**Re:** COVELL, Benjamin Dkt. No.: 1: 13-CR-10157-001
<u>Fine/Restitution Order/Payment Schedule Policy</u>
**Date:** May 21, 2015

On 7/25/11, the above-captioned defendant appeared for sentencing in U.S. District Court at Concord, New Hampshire, after previously guilty of one count of *Bank Robbery,* in violation of Title 18 U.S.C. § 2113(a). Covell was sentenced to serve 33 months in the custody of the U.S. Bureau of Prisons and 36 months of supervised release. He also was ordered to pay $3,647 in restitution.

On 3/20/13, Covell was released from federal custody and began serving the supervisory portion of his sentence in the District of Massachusetts. Because Covell had no intention of returning to the District of New Hampshire, jurisdiction of his case was transferred to the District of Massachusetts and eventually assigned to Your Honor.

Since his original release from the Bureau of Prisons, Covell has twice been found in violation of his conditions of supervision and returned to federal custody. Covell's last revocation hearing was on 12/4/14, when he was incarcerated at the Bureau of Prisons for six months and ordered to serve an additional 25 months of supervised release.

On 5/14/15, Covell was discharged from the Bureau of Prisons and began serving his third term of supervised release. At present, the balance of restitution which remains outstanding is $3,145.

This memorandum serves as notification of a fine/restitution payment schedule set by the Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the defendant's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> Covell has agreed to pay his restitution balance of $3,145 in monthly installments of ten percent of his gross monthly income.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved By:

*Basil Cronin*
Basil Cronin
Supervisory Probation Officer

Payment Schedule Is Approved:

Indira Talwani
U.S. District Judge

5/22/15
Date